IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BERTHA ENRIQUEZ,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | No. 3:17-CV-187 |
| § | |
| § | |
| **COMMUNITIES IN SCHOOLS** § | |
| **OF EL PASO INC.,** § | |
| § | |
| **Defendant.** § | |

## NOTICE OF REMOVAL

Defendant Communities in Schools of El Paso, Inc. ("Defendant") files this Notice of Removal removing Cause No. 2017-DCV-0923 from the County Court at Law Number Six, El Paso County, Texas to this Court pursuant to 28 U.S.C. §§1331 and 1441. The grounds for removal of this lawsuit are as follows:

### I.  PROCEDURAL BACKGROUND

1.  On March 20, 2017, Plaintiff Bertha Enriquez (Plaintiff) filed her Original Petition against Defendant in the County Court at Law Number Six, El Paso County, Texas styled *Bertha Enriquez v. Communities in Schools of El Paso, Inc.*, 2017-DCV-0923. In her Original Petition, Plaintiff alleged a cause of action of violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 *et seq.* and Chapter 21 of the Texas Labor Code.

2.  Plaintiff served her Original Petition on Defendant on May 22, 2017, and Defendant answered the lawsuit on June 14, 2017. This removal is thus timely filed. True and correct copies of all pleadings served on Defendant are attached hereto.

1

## II.  FEDERAL QUESTION JURISDICTION

3. In her Original Petition, Plaintiff alleges causes of action arising under the ADEA. Because these claims arise under the laws of the United States, this Court has original jurisdiction under 28 U.S.C. § 1331, and removal is proper pursuant to 28 U.S.C. § 1441(a).[1]

## III.  PROPER VENUE AND COMPLIANCE WITH REMOVAL PROCEDURE

4. Under 28 U.S.C. §1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action is pending.

5. Defendant will promptly give Plaintiff written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d). Defendant will also promptly file a copy of this Notice of Removal with the County Court at Law Number Six, El Paso County, Texas, where the action is currently pending, also pursuant to 28 U.S.C. §1446(d).

6. True and correct copies of all process, pleadings, and the orders served upon Defendant in the state court action are being filed with this notice as required by 28 U.S.C. § 1446(a) and attached hereto.

7. Pursuant to 28 U.S.C. § 1446(b), this Notice Removal is filed within thirty (30) days after service of the initial pleading setting forth a removable claim.

ACCORDINGLY, Defendant hereby removes Cause No. 2017-DCV-0923 from the County Court at Law Number Six of El Paso County, Texas on this 20th day of June, 2017.

---

[1] The Court can exercise supplemental jurisdiction over Plaintiff's state law claims because they arise out of the same transaction and occurrence as her federal claims such that they form part of the same case or controversy. *See* 28 U.S.C. § 1367(a).

17504.00300/LRUI/DR/1431133v.1

Respectfully submitted,

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas  79999-2800
915.533.4424
915.546.5360 (Facsimile)

By: */s/ Clara B. Burns*
CLARA B. BURNS
State Bar No. 03443600.
Clara.Burns@kempsmith.com
JOSE A. HOWARD-GONZALEZ
State Bar No. 24067670
Abe.Gonzalez@kempsmith.com

Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on attorneys for Plaintiff, Raymond D. Martinez and Jonathan L.R. Baeza, Martinez & Martinez Law Firm, PLLC, 730 E. Yandell Dr., El Paso, Texas 79902 by certified mail return receipt requested on the 20th day of June, 2017.

*/s/ Clara B. Burns*
CLARA B. BURNS