UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BERTHA ENRIQUEZ, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | EP-17-CV-00187-DCG |
| COMMUNITIES IN SCHOOLS OF EL PASO, INC., | § § § | |
| *Defendant.* | § § | |

## ORDER DISMISSING CASE

On December 20, 2017, the parties in the above-captioned case filed a "Stipulation of Dismissal" (ECF No. 9), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therein, the parties stipulate that Plaintiff's claims against Defendant are dismissed with prejudice and that each party is responsible for their own costs and fees.

Accordingly, **IT IS ORDERED** that all claims in the above matter are **DISMISSED WITH PREJUDICE**, with all parties to bear their respective costs.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall **CLOSE** this case.

So ORDERED and SIGNED this 21st day of December 2017.

*[signature]*
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE